5 F.3d 177
 UNITED STATES of America, Plaintiff-Appellee,
v.
Robert Paul KAPLANSKY, Defendant-Appellant.
 No. 92-3744.
 United States Court of Appeals,
Sixth Circuit.
 Nov. 29, 1993.
 
 Before MERRITT, Chief Judge; and KEITH, KENNEDY, MARTIN, JONES, MILBURN, GUY, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER and BATCHELDER, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.